**JS6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASANDRA PRICE, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SELEY MOUNTAIN GATE, LLC, a California limited liability company; SHOFNER MOUNTAIN GATE, LLC, a California limited liability company; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 5:21-cv-01982-SPG-E<br><br>*Hon. Sherilyn Peace Garnett*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: November 23, 2021<br>Trial Date: Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised, finds as follows:

**IT IS ORDERED THAT:**

Plaintiff LaSandra Price's action against Defendants, Seley Mountain Gate, LLC and Shofner Mountain Gate, LLC, is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: March 20, 2023

HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE